

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00313-CR

Ian Dorr **HANCOCK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 22-09-0295-CRA
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, we LIFT our May 23, 2025 abatement and reinstate this appeal to our active docket. Appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

SIGNED July 2, 2025.

_____
Lori I. Valenzuela, Justice